UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

EDDIE CARDONA,

        Plaintiff,

    v.

S PICKETT, DOCTOR DOWDY, and
PA RATAAN,

        Defendants.

Case No. 07-cv-503

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("R & R") (Doc. 34) of Magistrate Judge Clifford J. Proud recommending that the Court grant the Motion for Summary Judgment (Doc. 27) of remaining Defendants S Pickett, Doctor Dowdy, and PA Rataan. The time for objections has passed, and no objections have been filed.

After reviewing a report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). Since no objections were filed, the Court has reviewed Magistrate Judge Proud's R & R for clear error.

The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. As such, the Court hereby **ADOPTS** the R & R (Doc. 34), which **GRANTS** the Motion for Summary Judgment (Doc. 27) of Defendants S Pickett, Doctor Dowdy, and PA Rataan. Further,

as no claims remain pending, the Court **DISMISSES** this matter **with prejudice**.  Finally, the Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: March 11, 2010**

<u>s/ J. Phil Gilbert</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**
