UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

EDDIE CARDONA,

    Plaintiff,

  v.                                              Case No. 07-cv-503

HARLEY G. LAPPIN, *et seq.*,

    Defendants.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered against Plaintiff Eddie Cardona and in favor of Defendants S Pickett, Doctor Dowdy, and PA Rataan on all claims and that those claims are dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that all of Cardona's claims against Defendants Harley Lappin, Harrell Watts, Michael Nalley, Warden Sherrod, and Sara Revell are dismissed with prejudice.

NANCY ROSENSTENGEL

By:s/Deborah Agans, Deputy Clerk

Dated: March 11, 2010

Approved:   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**